# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO.  2179 |
| "DEEPWATER HORIZON"  in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**************************************************************************

THIS DOCUMENT RELATES TO  2:10-CV-01921

## ORDER

Considering the foregoing Rule 41(a)(1)(A)(i) Notice of Dismissal:

IT IS ORDERED that the claims of Plaintiffs, Kelli Manuel Taquino, et al. against Mitsui

& Co. (USA), Inc. are hereby dismissed, without prejudice with Plaintiffs reserving all rights

against all other defendants and potential defendants in this matter.

THIS __7th__ day of __September__, 2010.

_____

United States District Judge

1